# IN THE UNITED STATES DISTRICT COURT
# bFOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| RICHARD L. ANDERSON | ) | |
| | ) | |
| v. | ) | CV 213-22 |
| | ) | |
| SENTINEL OFFENDER SERVICES, LLC | ) | |

## ORDER

By Order of this Court on March 26, 2014, the above captioned case was stayed pending the Supreme Court of Georgia's resolution of <u>Mantooth v. Sentinel Offender Services, LLC</u> (2013RCCV155). On November 24, 2014, the Supreme Court of Georgia released its opinion.

The stay on the above captioned case shall hereby be lifted, and the parties are directed to submit any supplemental briefing in light of the Supreme Court of Georgia's decision within ten (10) days of today's date.

So ORDERED, this 25 day of November, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA