# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RICHARD L. ANDERSON )
)
v. ) CV213-22
)
SENTINEL OFFENDER SERVICES, LLC )

# ORDER

The Clerk of Court is hereby ORDERED to administratively close this case pending the response by the Supreme Court of Georgia.

**SO ORDERED**, this ___ day of February, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA